UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CR 20-207 JRT/HB

| UNITED STATES OF AMERICA, | ) | **INDICTMENT** |
|---|---|---|
| Plaintiff, | ) ) | 18 U.S.C. § 922(g)(1) |
| | ) | 18 U.S.C. § 924(d)(1) |
| v. | ) | 18 U.S.C. § 924(e)(1) |
| | ) | 28 U.S.C. § 2461(c) |
| ROMELLE DARRYL SMITH, | ) ) | |
| Defendant. | ) | |

THE UNITED STATES GRAND JURY CHARGES THAT:

## COUNT 1
(Felon in Possession of a Firearm – Armed Career Criminal)

On or about July 20, 2020, in the State and District of Minnesota, the defendant,

**ROMELLE DARRYL SMITH,**

having been previously convicted of the following crimes, each of which was punishable by imprisonment for a term exceeding one year and was a violent felony committed on an occasion different from the others, namely,

| Crime | Jurisdiction of Conviction | Date of Conviction (in or about) |
|---|---|---|
| Vehicular Hijacking | Cook County, Illinois | February 2008 |
| Aggravated Vehicular Hijacking | Cook County, Illinois | December 2011 |
| Second Degree Assault | Hennepin County, Minnesota | January 2017 |

and knowing he had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate and foreign commerce a firearm, that is, a Ruger LCP, serial number 371245666, with a


SCANNED
SEP 17 2020
U.S. DISTRICT COURT MPLS

Viridan laser attached, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e)(1).

## FORFEITURE ALLEGATIONS

If convicted of Count 1 of this Indictment, the defendant,

### ROMELLE DARRYL SMITH,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearms, ammunition, and accessories (including magazines) involved in, connected with, or used in any knowing violation of Title 18, United States Code, Section 922(g), including, but not limited to a Ruger LCP, serial number 371245666, with a Viridan laser attached and any ammunition and accessories seized therewith.

A TRUE BILL

_____     _____
UNITED STATES ATTORNEY           FOREPERSON