# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,
Plaintiff,

v.                                                    **Criminal No**. 20-207 (JRT/HB)

ROMELLE DARRYL SMITH ,
Defendant,

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
(X )Ad Prosequendum          ( )Ad Testificandum

Name of Detainee:  ROMELLE DARRYL SMITH
Detained at (custodian):   HENNEPIN COUNTY JAIL

The government is requesting the **investigating agency** to transport detainee.

Detainee is:  a.)      (X) charged in this district by:  Indictment
Charging Detainee With: Felon in Possession of a Firearm
or        b.)      () a witness not otherwise available by ordinary process of the Court

Detainee will: a.)      ( ) return to the custody of detaining facility upon termination of this proceeding
or        b.)      ( X ) be retained in federal custody until final disposition of federal charges.

Appearance is necessary on September 22, 2020 at 1:15 p.m. in the courtroom of Elizabeth Cowan Wright.

Dated:  September 18, 2020                          s/ Sarah E. Hudleston
                                                   SARAH E. HUDLESTON, AUSA

## WRIT OF HABEAS CORPUS

(X )Ad Prosequendum                    ( )Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this case, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

9/18/2020
Date                                               UNITED STATES MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| A.K.A.(s) (if applicable): | | Gender: | Male |
| Booking or Fed. Reg.#: | | DOB: | xx/xx/1989 |
| Facility Address: | 401 South 4th Avenue, Suite 100 | Race: | African-American |
| | Mpls, MN 55415 | FBI #: | |
| Facility Phone: | | | |
| Currently Incarcerated For: | | | |

### RETURN OF SERVICE

Executed on _____ by _____    _____
                                                                        (Signature)

Writ issued 9/18/2020